No. 39027.—Protests 237655–G, etc., of L. D. Bloch & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers, flacons, and powder boxes chiefly used in the kitchen or household or on the table for utilitarian purposes, or hollow ware. The claim at 40 percent under paragraph 339 was sustained.